UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PAIGE BOVA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO: **1:20-cv-2999-JMS-TAB** |
| v. | ) |
| | ) |
| MILLIMAN, INC., | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S PRELIMINARY WITNESS LIST AND EXHIBIT LIST

COMES NOW the Plaintiff, Paige Bova, by counsel, and for his Preliminary Witness List and Exhibit List, would state as follows:

WITNESSES

1. Page Bova, Plainitff,

2. Matt Berman, Consultant,

3. Andy Barnes – Consultant,

4. Derek Cole – Consultant,

5. Jay Kilgore – Former Director of Human Resources,

6. Anne Jackson – Equity Principal,

7. Art Wilmes – Former Equity Principal,

8. Sarah Moore – Employee at Milliman,

9. Kelsey Gosser – Employee at Milliman,

10. Any witnesses identified by Defendant in their Initial Disclosures or Preliminary Witness List.

## EXHIBITS

1. Plaintiff's employment records, personnel documents, pay records, performance coaching records, and any other relevant documents related to Plaintiff's employment with Milliman;

2. Andy Barnes' employment records, personnel documents, pay records, performance coaching records, and any other relevant documents related to his employment with Milliman;

3. Milliman's relevant policies and procedures;

4. Documents obtained from any government agency;

5. Documents introduced in any deposition taken by the parties in this case;

6. Documents identified by Plaintiff in her initial disclosures or exhibit lists;

Respectfully submitted,

GOODIN ABERNATHY, LLP

/s/ Christopher E. Clark
Christopher E. Clark, #18577-29
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically served on the following parties identified below this February 17, 2021, by way of the Court's CM/ECF System:

Leeann P. Simpkins
Michael W. Padgett
JACKSON LEWIS P.C.
Leeann.simpkins@jacksonlewis.com
Michael.padgett@jacksonlewis.com

/s/ Christopher E. Clark
Christopher E. Clark, #18577-29
*Attorney for Plaintiff*

Christopher E. Clark, Atty No. 18577-29
GOODIN ABERNATHY, LLP
301 East 38th Street
Indianapolis, IN 46205
P: 317/843-2606
F:  317/574-3095
cclark@goodinabernathy.com
03-073