UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PAIGE BOVA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:20-cv-02999-JMS-TAB |
| | ) |
| MILLIMAN, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LISTS**

Defendant, Milliman, Inc., submits its Preliminary Witness and Exhibit Lists.

**Preliminary Witness List**

Defendant submits the following list of anticipated witnesses it may call to testify on its behalf at any trial in the above-captioned litigation:

1. Anne Jackson
2. Robert Damler
3. Matthew Berman
4. Derek Cole
5. Paige Bova
6. Witnesses identified in Plaintiff's initial disclosures or preliminary witness list
7. Witnesses who may be used for authentication of documents
8. Witnesses who may be used for impeachment or rebuttal

As investigation and discovery are ongoing, Defendant reserves the right to modify, amend, and/or supplement this Preliminary Witness List.

## Preliminary Exhibit List

Defendant lists the following documents and things it anticipates may be used at trial in the above-captioned litigation:

1. Plaintiff's employment records, personnel documents, pay records, performance coaching records, and any other relevant documents related to Plaintiff's employment with Defendant;

2. Defendant's relevant job descriptions;

3. Defendant's relevant policies and procedures;

4. Documents related to Plaintiff's December 2019 report to Defendant regarding Andy Barnes;

5. Documents obtained from any government agency;

6. Documents introduced in any deposition taken by the parties in this case;

7. Documents produced by any party or non-party in this matter, including Plaintiff's medical providers; and

8. Documents reflecting Plaintiff's efforts to mitigate any alleged damages;

9. All documents, information and tangible things tendered, referenced or produced in discovery;

10. Any admissible exhibits listed on Plaintiff's Preliminary Exhibit List;

11. All pleadings, affidavits, and other matters filed with the Court;

12. Any and all other documents, information, and tangible things that may cast doubt upon and/or disprove any element of Plaintiff's claims as to liability and/or damages;

13. Any and all other documents, information, and tangible things that may support and/or prove any defenses or affirmative defenses; and

14. Any exhibits necessary for impeachment or rebuttal.

Defendant reserves the right to amend or supplement this Preliminary Exhibit List.

Respectfully submitted,

/s/ Michael W. Padgett
Michael W. Padgett
Jackson Lewis P.C.
211 North Pennsylvania Street, Suite 1700
Indianapolis, Indiana 46204
Telephone: (317) 489-6930
Facsimile: (317) 489-6931
E-mail: michael.padgett@jacksonlewis.com

Attorney for Defendant,
Milliman, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2021, a copy of the foregoing *Defendant's Preliminary Witness and Exhibit Lists* was filed electronically with the Court's electronic filing system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Christopher E. Clark
Goodin Abernathy, LLP
301 East 38th Street
Indianapolis, Indiana 46205
cclark@goodinabernathy.com

/s/ Michael W. Padgett
Michael W. Padgett

4838-3801-1357, v. 1