UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PAIGE BOVA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cv-02999-JMS-TAB |
| ) | |
| MILLIMAN, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MARCH 2, 2021, TELEPHONIC SETTLEMENT CONFERENCE**

Parties appeared in person and by counsel March 2, 2021, for a telephonic settlement conference. Settlement discussions were held and this case is settled. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. The parties are given 28 days to file a stipulation of dismissal.

Dated: 3/5/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email