UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PAIGE BOVA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:20-cv-02999-JMS-TAB |
| | ) |
| MILLIMAN, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Paige Bova and Defendant, Milliman, Inc., having filed a Joint Stipulation of Dismissal with Prejudice,

IT IS THEREFORE ORDERED that all claims asserted by Plaintiff Paige Bova in this matter are dismissed with prejudice, with each party to bear her/its own attorneys' fees and costs [22].

Date: 4/5/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Copies:

Christopher E. Clark
cclark@goodinabernathy.com

Michael W. Padgett
michael.padgett@jacksonlewis.com

4850-1148-7203, v. 1